DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILLIP CANTOR** and **PAUL CANTOR,**
Appellants,

v.

**HOLLIS MIGHDOLL,** as power of attorney for **LILLIAN GOLDSTEIN,**
Appellee.

No. 4D2025-1107

[January 29, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2024-SC-002373-XXXA-MB.

David A. Kurlander of David Kurlander Attorney at Law P.A., Pompano Beach, for appellants.

Gary Brookmyer of Brookmyer, Hochman, Probst & Jonas, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***